Same case below, 600 F.3d 607.

■

**No. 10-5999. John Leslie Nicholas Graves, Petitioner v. John Ault, Warden.**

562 U.S. 1006, 131 S. Ct. 508, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8597.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 614 F.3d 501.

■

**No. 10-6001. Jack Cantrell, Petitioner v. Joseph M. Arpaio, Sheriff, Maricopa County, Arizona, et al.**

562 U.S. 1006, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8595.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 372 Fed. Appx. 716.

■

**No. 10-6006. Daveon McCullough, Petitioner v. Burl Cain, Warden.**

562 U.S. 1006, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8480.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 443.

■

**No. 10-6012. Tanger Anita Harris, Petitioner v. Progressive Northern Insurance Company, et al.**

562 U.S. 1007, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8469, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 804.

■

**No. 10-6014. Maurice J. Johnson, Petitioner v. Joseph D. Valentino, et al.**

562 U.S. 1007, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8488, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

■

**No. 10-6016. Joshua T. Woolridge, Petitioner v. City and County of Riverside, California, et al.**

562 U.S. 1007, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8620.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-6018. Aaron K. Marsh, Petitioner v. Florida Department of Children and Family Services, et al.**

562 U.S. 1007, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8542.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.